DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Michael G. Mitchell
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 269-5136
Attorney for the State of Alaska

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALASKA RIGHT TO LIFE COMMITTEE, | No. 04-35599 |
| Plaintiff/Appellee, | D.C. No. CV-02-00274-A-RRB |
| v. | |
| BROOKE MILES, in her official capacity as Director of the Alaska Public Offices Commission; ANDREA JACOBSON, LARRY WOOD, MARK HANDLEY, JOHN DAPCEVICH, SHEILA GALLAGHER, in their official capacities as members of the Alaska Public Offices Commission, | |
| Defendants/Appellees. | **PROOF OF FILING AND SERVICE** |

I certify that on March 30, 2006, I filed the original and required number of copies of *Notice of Filing Bill of Costs* and *Bill of Costs* via U.S. Mail, shipping prepaid, to the Clerk of the Court at the following address:

Clerk of the Court

United States Court of Appeals for the Ninth Circuit

95 Seventh Street

San Francisco, CA 94103-1518

    I further certify that I served two copies of the *Notice of Filing Bill of Costs* and *Bill of Costs* via U.S. Mail, shipping prepaid, to opposing counsels of record at the following addresses:

| | |
|---|---|
| James Bopp, Jr. & Richard E. Coleson | Kenneth Jacobus |
| BOPP, COLESON & BOSTROM | 425 G. Street, Suite 920 |
| 1 South 6th Street | Anchorage, Alaska 99501-2140 |
| Terre Haute, IN 47807-3510 | |

    DATED this 30th day of March, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *(signature)*
Michael G. Mitchell
Assistant Attorney General
Alaska Bar No. 8511182
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978
Counsel for Appellees