# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
### 95 SEVENTH STREET
### SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

May 15, 2006

**RECEIVED**
MAY 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**RECEIVED**
MAY 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**District Court/Agency:** USDC Alaska (Anchorage)
**Lower Court Number:** CV-02-00274-A-RRB
**Appeal Number:** 04-35599
**Short Title:** Alaska Right To Life v. Miles

Volumes

| | | | | |
|---|---|---|---|---|
| **Clerk's Records in:** | 2 | | 0 | Certified Copy(ies) |
| **Reporters Transcripts in:** | 0 | | 0 | Certified Copy(ies) |
| **Exhibits in:** | 0 | Envelopes | 0 | Under Seal |
| | 0 | Boxes | 0 | Under Seal |
| | 0 | Volumes  Volume 0  of record | 0 | Under Seal |
| **State Lodged Docs in:** | 0 | Envelopes  0 Expandos  0 Folders  0 Boxes | | |
| | 0 | Other | | |
| **Bulky Documents in:** | 0 | Envelopes  0 Expandos  0 Folders  0 Boxes | | |
| | 0 | Other | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.